IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE LETTER OF REQUEST            )
FROM TURKEY                        )
IN THE MATTER OF ERDOGAN OZDEMIR   )   Misc. No. 06-

### GOVERNMENT'S MEMORANDUM OF LAW
### IN SUPPORT OF APPLICATION FOR ORDER

This memorandum of law is submitted in support of the Application for an Order pursuant to Title 28, United States Code, Section 1782, in order to execute a letter of request from Turkey.

FACTUAL BACKGROUND:

This investigation is being conducted by the Turkish authorities who are investigating alleged drunkenness and threats.

EVIDENCE SOUGHT:

The Turkish authorities seek information from an individual that may reside in this District. The authority for this Court to accede to this request is contained in Title 28, United States Code, Section 1782, which states in part:

> (a) The district court of the district in which a person resides or is found may order him to give his testimony or statement or to produce a document or other thing for use in a proceeding in a foreign or international tribunal, including criminal investigations conducted before formal accusation. The order may be made pursuant to a letter rogatory issued, or request made, by a foreign or international tribunal or upon the application of any interested person and may direct that the testimony or statement be given, or the document or other thing be produced, before a person appointed by the

court. By virtue of his appointment, the person appointed has power to administer any necessary oath and take the testimony or statement. The order may prescribe the practice and procedure, which may be in whole or part the practice and procedure of the foreign country or the international tribunal, for taking the testimony or statement or producing the document or other thing. To the extent that the order does not prescribe otherwise, the testimony or statement shall be taken, and the document or other thing produced, in accordance with the Federal Rules of Civil Procedure.

The proper criteria for determining whether the court should exercise its discretion in favor of executing the request are outlined in <u>In Re Request for Judicial Assistance from the Seoul District Criminal Court</u>, 555 F.2d 720, 723 (9th Cir. 1977) (citation omitted):

> Under the statute the only restrictions explicitly stated are that the request be made by a foreign or international tribunal, and that the testimony or material requested be for use in a proceeding in such a tribunal.... [and] that the investigation in connection with which the request is made must relate to a judicial or quasi-judicial controversy.

Moreover, "(t)he judicial proceeding for which assistance is sought ... need not be pending at the time of the request for assistance; it suffices that the proceeding in the foreign tribunal and its contours be in reasonable contemplation when the request is made." <u>In Re Letter of Request from the Crown Prosecution Services of the United Kingdom</u>, 870 F.2d 686, 687 (D.C. Cir. 1989).

The letter of request in this case shows that the

information sought is for use in such proceedings in Turkey and hence the request comes well within those circumstances contemplated by Congress in expanding the Federal Courts' authority to act in such matters. *In Re Letter of Request from the Crown Prosecution Service of the United Kingdom*, 870 F.2d 686, 689-91 (D.C. Cir. 1989); *In Re Letters Rogatory from the Tokyo District, Tokyo, Japan*, 539 F.2d 1216, 1219 (9th Cir. 1976). Therefore, I ask this Court to honor the request for assistance.

The reception of letters of request and the appointment of a Commissioner to execute them are matters customarily handled *ex parte,* and persons with objections to the request raise those objections by moving to quash any subpoenas issued by the Commissioner. *Id.*

**WHEREFORE**, the United States requests that the Court issue an Order, in the form, appended hereto, appointing a Commissioner in order to execute the request for assistance.

                                      Respectfully submitted,

                                      COLM F. CONNOLLY
                                      United States Attorney

BY: /s/ Richard G. Andrews
                                      Richard G. Andrews
                                      Assistant U.S. Attorney
                                      Delaware Bar I.D. No.2199
                                      1201 Market Street
                                      Wilmington, DE   19801
Dated: 3/30/06                 (302) 573-6277

REPUBLIC OF TURKEY
KEŞAP
CRIMINAL COURT OF PEACE
NUMBER:2004/103
26.09.2005

TO THE COMPETENT JUDICIAL AUTHORITY OF UNITED STATES OF AMERICA

A case is litigated in our court by the indictment of Keşap Office of the Public Prosecutor, dated 07.12.2004, number 2004/72, by the claim of that with the effect of the alcohol he had taken, the accused complainant Erdoğan Özdemir got angry with the other accused complainant Ahmet for parking his car in front of Erdoğan's house and cursed as "I'll fuck your mother", and with the effect of alcohol he had taken the other accused Ahmet cursed and stroke at Erdoğan, and Erdoğan threatened him saying "I'll kill you, I'll kill you."

It is possible that the article number 572/1, 456/4,61, 457/1, 191/1,36 of Turkish Penal Code and the article number 86/2 of 5237 of Turkish Penal Code which entered into force on 1st June, 2005 and the article number 35 of the code of offences in article 5326 of Turkish Penal Code which suit his action can be applied for the accused.

In order to be able to finalize the criminal case, we request that the accused Erdoğan Özdemir, whose identity and address are written below is summoned, his identity is confirmed and his defence and evidences are determined and the arranged protocol is sent to our Court. We thank you for your help in advance. With best regards.

                              Ahmet Hamdi Bayar
                    Judge of the Keşap Criminal Court of Peace
                                   92573
                              (Signature and Seal)

ACCUSED: ERDOĞAN ÖZDEMİR
Son of Selahattin and Saliye, born on 15.10.1982
registered in Keşap, Kılıçlı town, at present resides
in the address of "2610 Philadelphia N-10 De Claymont
USA"

ENCLOSURES:
2 pieces of indictment
2 pieces of birth certificate
2 pieces of law article text
2 pieces of preparatory deposition (accused)

İŞBU ÇEVİRİ TARAFIMDAN YAPILMIŞTIR          İMZA ONAYLANIR
DERYA AKHAN                                  APPROVED BY
                                             HAKİM/JUDGE

ARTICLE 86/2 OF TURKISH PENAL CODE NUMBERED 5237 WHICH ENTERED INTO FORCE IN JUNE 2005

ARTICLE 86-2. In cases where the effect of the act of intentionally injuring of a person is as delicate as being avoided by a simple medical treatment, the punishment shall be imprisonment for four to one year or it shall be a legal fine.

ARTICLE 35-2 of TURKISH PENAL CODE NUMBERED 5326 WHICH ENTERED INTO FORCE

ARTICLE 35-(1) Administrative fine, which is 50 Turkish Liras shall be paid by the person who is drunk and who spoils the peace and tranquility of the society. The person shall be under control until the effect of his drunkness disappears.

İŞBU ÇEVİRİ TARAFIMDAN YAPILMIŞTIR.
DERYA AYHAN

İMZA ONAYLANIR
APPROVED BY
HAKİM/JUDGE

CERTIFIED COPY OF FAMILY REGISTRATION

City: Giresun
Town: Keşap(1465)
Districtor/ Village: Kılıçlı
Volume No: 25
Column No: 2
Line No: 1
Individual Line No: 57
Sex: Male
Relation: Himself
TR. No: ███████
Name: Erdoğan
Surname: ÖZDEMİR
Father's Name: Selahattin
Mother's Name: Saliye
Place and date of birth: ███████
Marital Status and religion: ███████
Register Date: ███████
Events and Dates: Death: Alive
                      Marriage:.....
                      Divorce:......
Events of the persons
<u>Individual Line No/ Name/ Ideas</u>
EXPLANATIONS:
1) Register of the person or the persons is suitable with the records.
2) This birth certificate register example is arranged in order to be presented to the Keşap Criminal Court of Peace and can not be used for other purposes.

                           Name- Surname and title of the authority who approves
                                       Adnan Başyazıcı
                                 Census Director of Keşap (1465)
                                       16/09/2004, 10:33
                                         (Signature and Seal)


This copy is the same as the original.
( Signature and Seal)


İŞBU ÇEVİRİ TARAFIMDAN YAPILMIŞTIR.                  İMZA ONAYLANIR
DERYA AYHAN                                                    APPROVED BY
                                                                  HAKİM/JUDGE

REPUBLIC OF TURKEY
KEŞAP OFFICE OF THE
PUBLIC PROSECUTOR

PREPARATORY NO: 2004/291
MERIT NO: 2004/158
INDICTMENT NO: 2004/72

INDICTMENT
TO THE CRIMINAL COURT OF PEACE OF KEŞAP

PLAINTIFF: Public Law
ACCUSED COMPLAINANTS: 1- Ahmet Atken, son of Ali and Zehra, born in Sürmenli on ▓▓▓▓, registered in Keşap, Sürmenli Village, at present resides in Keşap, Kılıçlı town.
2- Erdoğan Özdemir, son of Selahattin and Saliye, born in Keşap on ▓▓▓▓, registered in Keşap, Kılıçlı village, at present resides in ▓▓▓▓▓▓▓.

CRIME: Aggressive drunkness, attempting the effective act and threat
CRIME DATE: 11.09.2004

PREPARATORY DOCUMENTS ARE EXAMINED

At the end of the preparatory inquiry carried out about the accused complainants whose crimes and open identities are written above:

On the date of the event, the accused complainant Erdoğan, under the influence of the alcohol he had taken, getting angry with the other accused complainant Ahmet because Ahmet parked his car in front of the Erdoğan's house, cursed as "I'll fuck the one's mother who had parked here"; and the other accused, under the influence of the alcohol he had taken, cursed and stroke at Erdoğan and Erdoğan got angry with him and threatened him as "I'll kill you" and Erdoğan attempted to act effectively with the broad knife registered in the 2004/38 line number. As it is understood from the statements of the assertion, confession and the witness, doctor reports, birth certificate register and the report of the previous crimes.

We demand and claim in the name of the public that the accuseds are judged and

a- The accused Ahmet is decided to be punished according to the 572/1 of Turkish Penal Code
b- The accused Erdoğan is decided to be punished according to the articles 572/1, 456/4,61, 457/1, 191/1,36 of Turkish Penal Code.

07.12.2004

İŞBU ÇEVİRİ TARAFIMDAN YAPILMIŞTIR.
DERYA AYHAN

AYTEKİN CENİKLİ
Public Prosecutor of Keşap (35242)
(Signature and Seal)
İMZA ONAYLANIR
APPROVED BY
HAKİM/JUDGE

NOTE: a- Additional judicial decision to annul has been given to the accused
Complainant Erdoğan due to the crimes of attempting to use a gun,
Threatening with a gun, cursing and opposing the law numbered 6136.
b- Judicial decision to annul has been given to the accused complainant
Ahmet due to the crimes of cursing and the effective act.

İŞBU ÇEVİRİ TARAFIMDAN YAPILMIŞTIR.
DERYA AYHAN

İMZA ONAYLANIR
APPROVED BY
HAKİM/JUDGE

REPUBLIC OF TURKEY  
KEŞAP  
CRIMINAL COURT OF PEACE  
Number

DEPOSITIN RECORD  
OF THE ACCUSED  
(Article 135 of Law of  
the Procedure of Court  
of the Criminals)

RECEIVER OF THE DEPOSITION:  
**Public Prosecutor** : Mehmet Velican  
**Recording Clerk** : Fahrettin Turan

THE PERSON WHO GAVE THE DEPOSITION:  
**Name-Surname** : Erdoğan Özdemir  
**Father's Name** : Selahattin  
**Mother's Name** : Saliye  
**Place and date of birth** : Keşap, ▓▓▓▓  
**Registered in** : Keşap, Kılıçlı Town  
**Residence or house address** : ▓▓▓▓  
  19703 DE CLAYMONT United  
  States of America

**Job Address** : ———  
**Vocation** : Business Manager  
**Marital Status** : Unmarried  
**Identities and the addresses of the relatives he wanted to inform after arrest** : ———  
**Place and date of Deposition** : Office of Public Prosecutor, Keşap. 14.09.2004

The attributed crime was told to the person who gave the deposition. It was clearly reminded and explained that he has the right to appoint a counsel; if he can't afford to appoint a counsel, a counsel who has been appointed by the bar can be appointed and he can get advantage of the counsel's judicial help; the counsel shall be present during the deposition without power of attorney on condition that he doesn't delay the trial; if it is demanded by the relatives, he can inform that he has been arrested; it is his legal right not to explain anything about the attributed crime; he can demand collection of concrete evidences in order to get rid of the suspect.

I don't want a lawyer in present. Saying that "I'll make my defence myself" the accused told in his defence that: "I explained everything in details related to the event at the Office of Interior Security Team. On the crime date, we went to Keşap, Kılıçlı Town to get some bear with my friends Ünsal Aygün and Ali Aygün, and we saw a truck the doors of which were open on the way. And I told my friends "who put the truck here, why are the doors of the truck open at this hour ." It was about 23:00 at night. The complainant Ahmet who was at the window heart this. He came to Yiğit Restaurant. He cursed at me badly without telling me anything. And we went out from the restaurant together. He kicked me outside. And I

İŞBU ÇEVİRİ TARAFIMDAN YAPILMIŞTIR.  
DERYA AYHAN

İMZA ONAYLANIR  
APPROVED BY  
HAKİM/JUDGE

went away from there and went home. In case of every possibility, I took the bread knife which is at the moment at the Office of Public Prosecutor with me and went out. I neither threatened nor cursed at the complainant. There were many people at the place of the event and I don't know their names. I don't accept the attributed crime, I'm innocent." After execution of the points of the article 135 of Law of the Procedure of Court of the Criminals, the record is held in present and signed with the person who gave the deposition.
14.09.2004

Mehmet Velican
Public Prosecutor 39554
(Signature)

Fahrettin Turan
Recording Clerk 672
(Signature)

Accused: Erdoğan Özdemir
(Signature)

İŞBU ÇEVİRİ TARAFIMDAN YAPILMIŞTIR
DERYA AYHAN

İMZA ONAYLANIR
APPROVED BY
HAKİM/JUDGE

THE ARTICLES OF THE TURKISH PENAL CODE DEMANDED TO BE
EXECUTED FOR THE ACCUSED

ARTICLE 572 (Amended by: 9.7.1953-6123/1 art.) The person who gets drunk and transgresses another person and spoils the public peace and tranquility is punished with imprisonment without hard labour for not under two months.

The person who is habitually drunk is sentenced to imprisonment without hard labour for not under six months.

After being sentenced twice, if a person commits the same crime, he is supposed to make the crime habitual.

ARTICLE 456- (Amended by: 9.7.1953-6123/1 art.) If the act doesn't cause any disease or customary destitution of a job or these situations don't extend ten days, the punishment for the perpetrator shall be imprisonment for two to six months or heavy fine for 200 TL to 2500 TL on condition that the execution of the prosecution depends on the injured person's complaints. (Criminal Peace)

ARTICLE 457 (Amended by: 9.7.1953-6123/1 art.) If the first and the third paragraphs of the article 449 are added to the crimes written in the article 456, or the crime is committed with a hidden or evident gun or with a corrosive medicine, the punishment shall be increased from one third to half.

On condition that the act written in the 57th paragraph of the article 450 is excluded in the crime, if the crime combines with the other paragraphs, the punishment shall be increased to the half on condition that the article 75 is in force.

ARTICLE 191- If a person threatens another person to cause a heavy and unfair damage except from the conditions written in the law, he is punished with imprisonment for up to six months. (Criminal Peace)

The heavy fine taken for various threats is thirty liras. However, in this respect, unless written complaint is given by the injured person, procedure is not done. (Criminal Peace)

İŞBU ÇEVİRİ TARAFIMDAN YAPILMIŞTIR.
DERYA AYHAN

İMZA ONAYLANIR
APPROVED BY
HAKİM/JUDGE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

IN RE LETTER OF REQUEST )
FROM TURKEY )
IN THE MATTER OF ) Misc No. 06-
ERDOGAN OZDEMIR )

## ORDER

Upon application of the United States of America; and upon examination of a letter of request from Turkey whose authorities are seeking certain testimony and information from individuals which may be found in this District, for use in a judicial proceeding in Turkey and the Court being fully informed in the premises, it is hereby

**ORDERED**, pursuant to Title 28, United States Code, Section 1782, that Richard G. Andrews, Assistant United States Attorney, hereby is appointed as Commissioner of this Court and is hereby directed to execute the letter of request from the Turkish authorities as follows:

   1. to take such steps as are necessary, including issuance of commissioner's subpoenas to be served on persons within the jurisdiction of this Court, to collect the evidence requested;

   2. provide notice with respect to the collection of evidence to those persons identified in the requests as parties to whom notice should be given (and no notice to any other party

shall be required);

    3. adopt procedures to collect the evidence requested consistent with its use as evidence in a proceeding before a Court in Turkey, which procedures may be specified in the request or provided by the Turkish authorities;

    4. seek such further orders of this Court as may be necessary to execute this request; and

    5. certify and submit the evidence collected to the Office of International Affairs, Criminal Division, United States Department of Justice, or as otherwise directed by that office for transmission to the Turkish authorities.

IT IS FURTHER ORDERED that, in collecting the evidence requested, the Commissioner may be accompanied by persons whose presence or participation is authorized by the Commissioner.

Dated: This _____ day of _____, 2006.

_____
United States District Court Judge

2